# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RUBBY JAMES GRAY                                                                                    PLAINTIFF

V.                                              3:04CV00387 GH/HDY

LARRY MILLS, *et al.*                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motion for summary judgment (docket entry #55) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 29th day of March, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE