**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY                                                                         PLAINTIFF

V.                                       3:04CV00387 GH/HDY

LARRY MILLS, *et al.*                                                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

The relief sought is denied.

DATED this 29th day of March, 2006.


_____
UNITED STATES DISTRICT JUDGE