# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RUBBY JAMES GRAY                                             PLAINTIFF

V.                          3:04CV00387 GH/HDY

LARRY MILLS, *et al.*                                       DEFENDANTS

## ORDER

       Pending before the Court is plaintiff's motion to reconsider the Order dismissing his original action. In addition to contending that the evidentiary hearing should proceed as scheduled, plaintiff raises new issues which were not raised in the original complaint.

       The Court has reviewed plaintiff's document and the arguments asserted therein. The Court is persuaded that the March 29, 2006 Order and Judgment were correct and that there is no basis to reconsider it.

       Accordingly, the motion for reconsideration is denied.

       IT IS SO ORDERED this 10th day of April, 2006.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE